UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

```
KEITH DOUGLAS BROWN,            )
                                )
                 Plaintiff,     )
                                )
         v.                     )    1:20CV1151
                                )
KILOLO KIJAKAZI,                )
Acting Commissioner of          )
Social Security,                )
                                )
                 Defendant.     )
```

### ORDER

On February 25, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections (Doc. 25) within the time limit prescribed by Section 636 and Defendant responded (Doc. 26).

The court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 23), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is AFFIRMED, that Plaintiff's Motion for Judgment on the Pleadings (Doc. 11) is DENIED, that Defendant's Motion for Judgment on the Pleadings (Doc. 19) is GRANTED, and that this action is DISMISSED WITH PREJUDICE.

```
                                    /s/   Thomas D. Schroeder
                                 United States District Judge
March 29, 2022
```